AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

```
FILED
CLERK, U.S. DISTRICT COURT
2/11/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY
```

In the Matter of the Search of )
)
United States Postal Service ("USPS") parcels )
seized from the mail stream between January 28, ) Case No. 2:25-MJ-00525
2025 and January 31, 2025, as further described in )
Attachment A )
)
)
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California (identify the person or describe the property to be searched and give its location):

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal (identify the person or describe the property to be seized):

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference.

YOU ARE COMMANDED to execute this warrant on or before <u>14 days from the date of its issuance</u> (not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)

☐ for ____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    February 6, 2025  2:25 p.m.    _Alicia G. Rosenberg_
                                                        Judge's signature

City and state:    Los Angeles, CA    The Hon. Alicia G. Rosenberg, U.S.M.J.
                                      Printed name and title

AUSA:    Matt Coe-Odes (x8957)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:25-MJ-00525 | Date and time warrant executed: 02/07/2025 / 10:20 AM | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of : USPIS R. Alvarez |||

Inventory of the property taken and name of any person(s) seized:

EI 229 945 492 US
$6,000 US Currency
Parcel wrappings

EI 911 643 558 US
$11,000 US Currency
Parcel wrappings

ER 134 456 534 US
Nothing seized

9505 5163 2182 5030 3960 41
Nothing seized

ER 121 985 921 US
Nothing seized

EI 991 827 615 US
$27,000 US Currency
Parcel wrappings

EI 979 728 322 US
Nothing seized

EI 329 267 096 US
Nothing seized

9505 5113 3042 5028 9022 97
Nothing seized

EI 504 095 603 US
$10,000 US Currency
Parcel wrappings

Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/11/2025

*Z. Sumpter*
Executing officer's signature

Zachary Sumpter, USPIS TFO
Printed name and title